(85 South. 921)

Ex parte ALFORD. (7 Div. 68.) (Supreme Court of Alabama, May 20, 1920.) Certiorari to the Court of Appeals. Alto V. Lee, of Gadsden, for petition. Goodhue & Brindley, of Gadsden, opposed.

PER CURIAM. Petition of O. H. Alford for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of O. H. Alford v. Singer Sewing Machine Company, 85 South. 584. Writ denied.

(86 South. 926)

BEARD v. STATE. (6 Div. 122.) (Supreme Court of Alabama. June 30, 1920. Rehearing Denied Oct. 21, 1920.) Certiorari to Court of Appeals. F. E. St. John, of Cullman, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Petition is dismissed, as it is not accompanied with brief of petitioner, as required by amended rule 42, Supreme Court Practice (198 Ala. xiv, 77 South. vii).

(86 South. 926)

BELL v. STATE. (6 Div. 80.) (Supreme Court of Alabama. June 10, 1920. Rehearing Denied June 30, 1920.) Certiorari to Court of Appeals. Roderick Beddow and Ben. Ray, both of Birmingham, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Petition by Bud Bell, alias Will Rogers, for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered on the appeal of Bud Bell, alias, etc., v. State of Alabama, 86 South. 139. Writ denied.

(85 South. 921)

BLACKBURN v. McLAUGHLIN. (2 Div. 686.) (Supreme Court of Alabama. Feb. 12, 1920.) Appeal from Circuit Court, Perry County; B. M. Miller, Judge. A. W. Stewart, of Marion, and. R. B. Evins, of Greensboro, for appellant. W. L. Hogue, of Marion, for appellee.

PER CURIAM. Appeal dismissed by appellant. See, also, 202 Ala. 434, 80 South. 818.

(85 South. 921)

BRADLEY v. AMERICAN TRUST & SAVINGS BANK. (6 Div. 993.) (Supreme Court of Alabama. May 20, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed.

(85 South. 921)

BROWN v. FRICK. (6 Div. 84.) (Supreme Court of Alabama. June 1, 1920.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Harsh, Harsh & Harsh, of Birmingham, for appellant. Wm. A. Jacobs, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(86 South. 926)

BYARS et al. v. BYARS. (6 Div. 144.) (Supreme Court of Alabama. Oct. 4, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed by appellant.

(86 South. 926)

Ex parte CLEMMONS. (6 Div. 125.) (Supreme Court of Alabama. June 30, 1920.) Certiorari to the Court of Appeals. Paine Denson and F. E. St. John, both of Cullman, for appellant. J. Q. Smith, Atty. Gen., for appellee.

SAYRE, J. Petition of Oscar Clemmons for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of Oscar Clemmons v. State, 86 South. 177. Writ denied.